| | |
|---|---|
| ST. PHILIP NERI CATHOLIC CHURCH, INDIANAPOLIS, INC.<br><br>     Plaintiff,<br><br>v.<br><br>INDIANAPOLIS HISTORIC PRESERVATION COMMISSION and THE METROPOLITAN DEVELOPMENT COMMISSION,<br><br>     Defendants. | Case No. 1:25-cv-02616-MPB-TAB |

Roman P. Storzer, declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am an attorney specializing in religious freedom matters and particularly in cases involving the First Amendment, the Equal Protection Clause, and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. §§ 2000cc, *et seq*.

2. I am the Managing Partner of Storzer & Associates, P.C., which is located at 1025 Connecticut Ave., Northwest, Suite 1000, Washington, D.C. 20036. My telephone number is (410) 559-6325. My fax number is (202) 315-3996 and my email address is storzer@storzerlaw.com.

3. I am an active member of the bars of the State of Maryland and the District of Columbia as well as the United States District Court for the District of Maryland.

4. I have never been subject to any disciplinary proceedings, have never withdrawn an application for admission to practice before any court, and have never been denied acceptance to any bar or court to which I have applied.

5.  I have reviewed the Seventh Circuit Standards of Professional Conduct and the Local Rules for the United States District Court for the Southern District of Indiana, including the Rules of Disciplinary Enforcement, and agree to be bound thereby.

6.  The fees for pro hac vice admission under Rule 83-6 required to process this motion for admission will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: January 15, 2026

**STORZER & ASSOCIATES, P.C.**


_____

Roman P. Storzer (*Pro Hac Vice Application Pending*)
