IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ST. PHILIP NERI CATHOLIC CHURCH, INDIANAPOLIS, INC.,<br><br>Plaintiff,<br>v.<br><br>INDIANAPOLIS HISTORIC PRESERVATION COMMISSION, and THE METROPOLITAN DEVELOPMENT COMMISSION,<br><br>Defendants. | Case No. 1:25-cv-2616-MPB-TAB |

**DEFENDANTS' NOTICE OF INITIAL ENLARGEMENT
OF TIME TO FILE RESPONSIVE PLEADING**

Pursuant to S.D. Ind. L.R. 6-1(a), Defendants Indianapolis Historic Preservation Commission and The Metropolitan Development Commission, by counsel, hereby give notice that they require additional time within which to file a pleading in response to Plaintiff's Complaint. This deadline has not been previously extended. Undersigned counsel has contacted counsel for Plaintiff and has been advised that Plaintiff does not object to this initial extension of time. This extension does not interfere with any Case Management Plan, scheduled hearings or trial, or other deadlines set by court order.

The original deadline to file a pleading responsive to Plaintiff's Complaint is January 29, 2026. This extension is for 28 days, making February 26, 2026, the new deadline for Defendants to file a pleading responsive to Plaintiff's Complaint

FBT GIBBONS LLP

By: */s/ Anthony W. Overholt*

        Anthony W. Overholt #16481-49
        Amy Stewart Johnson, #16257-49
        111 Monument Circle, Suite 4500
        P.O. Box 44961
        Indianapolis, IN  46244-0961
        Telephone:   (317) 237-3800
        Facsimile:    (317) 237-3900
        Email:        aoverholt@fbtgibbons.com
                      asjohnson@fbtgibbons.com

        Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on January 26, 2026, a copy of the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Anthony W. Overholt

LR02314.0754710   4923-0938-8425v1