# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ST. PHILIP NERI CATHOLIC CHURCH, INDIANAPOLIS, INC., and ROMAN CATHOLIC ARCHDIOCESE OF INDIANAPOLIS PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INDIANAPOLIS HISTORIC PRESERVATION COMMISSION, and THE METROPOLITAN DEVELOPMENT COMMISSION OF MARION COUNTY, <br><br> Defendants. | Case No. 1:25-cv-02616-MPB-TAB |

## ORDER GRANTING MOTION TO EXTEND TIME

Comes now the Court, having read and reviewed Plaintiffs' Motion to Extend Time to respond to Defendants' Motion to Dismiss (Dkt. 19), and being otherwise duly advised, does hereby GRANT said Motion. [Filing No. 23.]

IT IS THEREFORE ORDERED that Plaintiffs shall have up to and including April 2, 2026, to file their response to Defendants' Motion to Dismiss.

Date: 3/4/2026

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-registered counsel of record via email